June 10, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

KATRINA BURNETT AND FREDERICK BURNETT, Appellants

NO. 14-12-01159-CV              V.

CARNES FUNERAL HOME, INC. AND CREMATE TEXAS, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Carnes Funeral Home, Inc. and Cremate Texas, Inc., signed November 2, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We further order that appellees' motion for sanctions is **DENIED**.

We order appellants, Katrina Burnett and Frederick Burnett, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.